433 A.2d 555

Masonry Sys. of Pennsylvania v. Moravian
Development et al.

Appeal of Moravian Development Corp.

Appeal of Redevelopment Authority of the City
of Bethlehem.

Argued June 9, 1980. W. F. Brodt, Jr., for
Moravian, appellant (at No. 2007) and for appellee (at No.
2008); Thomas C. Kubelius, for Masonry Systems, appellee;
Robertson B. Taylor, did not file a brief on behalf of
Sordoni, appellee; Michael E. Riskin, for Redevelopment,
appellant (at No. 2008) and for appellee (at No. 2007).

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The order of the court below is hereby affirmed.

433 A.2d 555

Morrissey, Sr., Appellant v. Morrissey, et al.

Submitted September 9, 1980. David J. Brightbill,
for appellant; Allen H. Krause, for Hilda Morrissey, appel-
lee; C. Walter Whitmoyer, Jr., for Waltermyer, appellees.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgom-
ery County, Pennsylvania, is sitting by designation.